**FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **EDWARD PERUTA; MICHELLE LAXSON; JAMES DODD; LESLIE BUNCHER, Dr.; MARK CLEARY; CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION**, <br><br> Plaintiffs - Appellants, <br><br> **STATE OF CALIFORNIA**, <br><br> Intervenor - Pending, <br><br> v. <br><br> **COUNTY OF SAN DIEGO; WILLIAM D. GORE, individually and in his capacity as Sheriff**, <br><br> Defendants - Appellees. | No. 10-56971 <br><br> D.C. No. 3:09-cv-02371-IEG-BGS <br><br><br> **ORDER** |

**THOMAS**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion and order denying motions to intervene shall not be cited as precedent by or to any court of the Ninth Circuit.